# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

SHONDELL PAUL,
        Plaintiff,

v.                                                       9:13-CV-1308 (FJS/RFT)

BRIAN FISCHER, Commissioner, DOCCS;
LUCIEN LECLAIRE, JR., Deputy Commissioner,
DOCCS; JOSEPH BELLNIER, Deputy
Commissioner, DOCCS; JOHN DOE, Deputy
Commissioner Inspector General, DOCCS;
THOMAS LAVALLEY, Superintendent,
Clinton Correctional Facility; S. E. RACETTE,
Deputy Superintendent, Clinton Correctional
Facility; S. BROWN, Deputy Superintendent,
Clinton Correctional Facility; S. M. LACY, Captain,
Clinton Correctional Facility; JAMES FACTEAU,
Captain, Clinton Correctional Facility; SGT.
C. DELUTIS, Clinton Correctional Facility;
SGT. J. BAKER, Clinton Correctional Facility;
SGT. J. LUDWIG, Clinton Correctional Facility;
J. CROSS, Clinton Correctional Facility; SGT.
P. BOUDRIEAU, Clinton Correctional
Facility; JOSEPH PORCELLI, Guidance
Counselor, Clinton Correctional Facility;
S. B. DUNCANi, Senior Investigator, DOCCS,
Inspector General's Office; NORMAN BEZIO,
Director of Special Housing, DOCCS; JAMES
FERRO, Staff-Inspector General, DOCCS;
MARK MILLER, Staff-Inspector General,
DOCCS; MICHAEL HOGAN, Chairman-
Facility Operations, DOCCS; MR. DROWN,
Commissioner Hearing Officer, DOCCS; and
JOHN and/or JANE DOES, Central Office
Committee Members, DOCCS,
        Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Pursuant to the Order of the Honorable Frederick J. Scullin, Jr. Senior United States District Court Judge, dated the 16th day of April, 2014, this action is **DISMISSED without prejudice** as duplicative of *Paul v. Fischer*, No. 9:13-CV-1040, and closed.

DATED: April 16, 2014

Clerk of Court

ENTERED 4/16/2014
BY PTM

-S-

P.T. McBrearty
Deputy Clerk